CARLSMITH BALL LLP
WILLIAM M. HARSTAD     8942
KATHERINE A. GARSON    5748
DEREK B. SIMON         10612
1001 Bishop Street, Suite 2100
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
wharstad@carlsmith.com
kgarson@carlsmith.com
dsimon@carlsmith.com

AT&T SERVICES, INC. LEGAL DEPT.
RAYMOND P. BOLAÑOS (*Pro Hac Vice*)
430 Bush Street, 6th Floor
San Francisco, CA 94108
Tel No. 415.694.0640
Fax No. 415.543.0418
rb2659@att.com

Attorneys for Plaintiff
NEW CINGULAR WIRELESS PCS, LLC
d/b/a AT&T MOBILITY, a Delaware Limited
Liability Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T MOBILITY, a Delaware Limited Liability Company,<br>Plaintiff,<br>vs.<br>WINDWARD PLANNING COMMISSION, COUNTY OF HAWAIʻI; COUNTY OF HAWAIʻI; THOMAS RAFFIPIY, in his official capacity as Chairman of the Windward Planning Commission; | CIVIL NO. 1:20-00297-JAO-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br>[*caption continued*] |

| COUNTY OF HAWAIʻI PLANNING DEPARTMENT, | |
|---|---|
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, Plaintiff NEW CINGULAR WIRELESS PCS, LLC, d/b/a AT&T MOBILITY ("**Plaintiff**") and Defendants WINDWARD PLANNING COMMISSION, COUNTY OF HAWAIʻI, COUNTY OF HAWAIʻI, THOMAS RAFFIPIY and COUNTY OF HAWAIʻI PLANNING DEPARTMENT ("**Defendants**"), hereby stipulate through their respective counsel (who are authorized to sign this Stipulation on behalf of their respective clients), that all claims and allegations brought herein, including, without limitation, those contained in Plaintiff's Complaint, filed July 2, 2020 [Dkt. No. 1], are hereby dismissed with prejudice.

There are no remaining parties, claims and/or issues. Plaintiff and Defendants will each bear its/their own attorneys' fees and costs. All parties who have appeared in this action have signed and approved this stipulation.

DATED:  Honolulu, Hawai'i, December 1, 2020.

/s/ *William M. Harstad*
WILLIAM M. HARSTAD
KATHERINE A. GARSON
DEREK B. SIMON
RAYMOND P. BOLAÑOS (*Pro Hac Vice*)

Attorneys for Plaintiff
NEW CINGULAR WIRELESS PCS, LLC, d/b/a AT&T MOBILITY, a Delaware Limited Liability Company

/s/ *Dakota K. Frenz*
JOSEPH K. KAMELAMELA
LAUREEN MARTIN
DAKOTA K. FRENZ

Attorneys for Defendants
WINDWARD PLANNING COMMISSION, COUNTY OF HAWAI'I, COUNTY OF HAWAI'I, THOMAS RAFFIPIY, in his official capacity as Chairman of the Windward Planning Commission, and COUNTY OF HAWAI'I PLANNING DEPARTMENT

**APPROVED AS TO FORM:**



_____
Jill A. Otake
United States District Judge

---

*New Cingular Wireless PCS, LLC d/b/a AT&T Mobility v. Windward Planning Commission, County of Hawai`i, et al.*; In the United States District Court, District of Hawaii; Civil No. 1:20-00297-JAO-KJM; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**